1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| YUNG CHEN WANG a.k.a, JACK WANG, an individual and doing business as DEL MAR MOTEL,<br><br>   Plaintiff,<br><br>  vs.<br><br>THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation; and DOES 1 through 20, inclusive,<br><br>   Defendants, | CASE NO. CV09 09285 JST (SHx)<br><br>**JUDGMENT**<br><br><br><br>Complaint Filed: November 3, 2009<br>Removed:         December 17, 2009 |

//
//
//
//
//
//
//
//
//

-1-
[PROPOSED] JUDGMENT

1  The Motion for Summary Judgment or, alternatively, Partial Summary
2  Judgment filed by Defendant The Burlington Insurance Company ("Burlington")
3  came on for hearing on October 12, 2010, in Courtroom 10A of the above-entitled
4  Court, the Honorable Josephine S. Tucker, presiding.  By Orders of October 18 and
5  29, 2010, the Court granted Burlington's Motion for Summary Judgment.  The
6  Court renders judgment for and in favor of Burlington.
7      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff
8  Yung Chen Wang takes nothing by way of his Complaint, that judgment is entered
9  in favor of Defendant Burlington Insurance Company and that Burlington shall
10 recover from said plaintiff costs according to proof.
11     JUDGMENT IS HEREBY ENTERED for Defendant Burlington as set forth
12 above.
13 DATED: October 29, 2010

                                             JOSEPHINE STATON TUCKER
                                             Hon. Josephine S. Tucker
                                             United States District Court Judge